UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIA VIDAL and TATIANA CEVALLOS,   Case No. 14-cv-4428 (FB) (VVP)

                Plaintiffs

        v.   STIPULATION AND ORDER
                  OF DISMISSAL

LAW OFFICES OF RON KATIRAEI, LLC,
NEXXEL INC., and RON KATIRAEI a/k/a
AMIN KATIRAFAR a/k/a KATIR

                Defendants.
-------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Fed R. Civ. P. 41(a)(1)(A)(ii), the action be dismissed, with prejudice and without costs or attorneys' fees to any party (other than those specified in the Settlement Agreement).

The Court retains jurisdiction over the Settlement Agreement resolving this action.

A copy of this Stipulation shall be deemed as valid as an original.

_____   _____
William Cafaro   Jeffrey H. Ruzal
Amit Kumar   Epstein Becker & Green
Law Offices of William Cafaro   *Attorneys for Defendants*
*Attorneys for the Plaintiff*   250 Park Avenue
108 West 39th Street, Ste 602   New York, NY 10177
New York, NY 10018   (212) 351-3762
(212) 583-7400


SO ORDERED THIS ____ DAY
OF _____, 2015

_____
U.S.D.J